UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON L. JEFFERSON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 2:21-cv-00913-LCB-NAD |
| THE ATTORNEY GENERAL FOR THE STATE OF ALABAMA, et al., | ) |
| Respondents. | ) |

**MEMORANDUM OPINION**

Petitioner Jason L. Jefferson, proceeding *pro se,* filed this action for a writ of habeas corpus on or about July 6, 2021.  Doc. 1.  Jefferson challenges his 2007 Shelby County conviction and 20 year sentence for first-degree robbery.  On July 11, 2022, the Magistrate Judge to whom the case was referred filed a Report and Recommendation pursuant to 28 U.S.C. § 636(b), recommending that the habeas petition be dismissed with prejudice as time-barred.  (Doc. 11).  Although the petitioner was notified of his right to file objections within 14 days, that time expired with no objections having been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Court concludes that the Magistrate Judge's findings are due to be and are hereby **ADOPTED** and the Recommendation is **ACCEPTED**.

1

Accordingly, the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE.** Further, because the petition does not present issues that are debatable among jurists of reason, a certificate of appealability is **DENIED**. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), *Rules Governing § 2254 Proceedings*.

A separate Final Judgment will be entered.

**DONE** and **ORDERED** August 3, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE